FILED

08/10/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0173

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 21-0173

_____

BETH MCLAUGHLIN,

     Petitioner,

    v.

The MONTANA STATE LEGISLATURE, and
the
MONTANA DEPARTMENT OF
ADMINISTRATION,

     Respondents.

O R D E R

_____

Counsel for the Montana State Legislature has filed a motion to file an overlength petition for rehearing of up to 4000 words. In support of the motion, counsel contends extra words are necessary to "adequately prepare the record and address the Opinion should the Legislature seed judicial relief after this Court issues its decision."

M. R. App. P. 20 allows for very limited criteria for petitions for rehearing. Whether the Court overlooked a material fact or a question presented by counsel, or the decision conflicts with a statute or controlling decision not addressed by the Court are the only grounds available for the Court to consider rehearing a case.

IT IS ORDERED that the motion to file an overlength petition for rehearing is GRANTED. The petition shall be limited to the criteria provided in M. R. App. 20.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 10 2021